ACCEPTED
03-15-00231-CR
6989867
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 11:27:47 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00231-CR

| | | |
|---|---|---|
| JONATHAN LEE FEHR | § | IN THE COURT OF APPEALS |
| Appellant | | 3rd COURT OF APPEALS AUSTIN, TEXAS |
| | | 9/18/2015 11:27:47 AM |
| VS. | § | THIRD DISTRICT JEFFREY D. KYLE |
| | | Clerk |
| THE STATE OF TEXAS, | · | |
| Appellee | § | AUSTIN, TEXAS |

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

### I.

The brief for the State of Texas, Appellee, is due on September 18, 2015.

### II.

The undersigned is solely responsible for all appellate and post-conviction matters in felony cases on behalf of the State of Texas for the 33rd and the 424th Judicial Districts which covers Burnet County, Llano County, Blanco County, and San Saba County. The undersigned is also solely responsible for all asset seizure

and forfeiture matters within these four counties, including investigating and preparing Notice of Seizure and Affidavit, preparing and responding to discovery, summary judgment procedures, and trial proceedings. Additionally the undersigned is responsible for responding to all Public Information Act requests and for providing assistance and backup to the trial attorneys during trial preparation and during non-trial settings before the bench when needed. The undersigned has been heavily occupied in preparing the State's brief for No. 03-14-00734-CR styled Bruce Wayne Harkey vs. The State of Texas, a non-death capital murder case involving highly detailed and complex issues. The State's brief in the Harkey case is due on October 16, 2015.

## III.

In this case Appellant raises two issues which are somewhat complex and will require substantial research. While the undersigned has yet been unable to review the trial record and the cases cited by Appellant in order to begin preparing the State's brief. Considering all of the existing deadlines, the undersigned will need an additional 60 days to prepare and file the Appellee's Brief in this case. This is the first motion for extension of time that the State of Texas has sought in this case.

## PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to November 18, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755    (325) 247-5274
g.bunyard@co.llano.tx.us

By: _____
    Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 320 words printed in Aldine401BT 14 font according to the WordPerfect™ X7 word count tool.

Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 18th day of September 2015, to Mr. Justin Bradford Smith, Attorney for Appellant, by email and EServe.

Gary W. Bunyard
Assistant District Attorney